## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| **PIPER PETERSON**, an individual<br><br>And<br><br>**JEANIE PETERSON**, an individual<br>     Plaintiffs,<br>     vs.<br><br>**MICHAEL MOLDOFSKY**, an individual<br>     Defendant. | Case No.:07-2603-EFM |

### PLAINTIFFS' JURY VERDICT FORM

# VERDICT[1]

      We, the jury, impaneled and sworn in the above entitled case, upon our oaths, find as follows:

      On Count I in the Complaint for Intentional Infliction of Emotional Distress, in favor of Plaintiff Piper Peterson and against the Defendant, assess the damages at $_____.

      Agreement on the above verdict was by ten or more jurors.
                         Yes \_\_ No \_\_

_____       _____
Date                                                      Presiding Juror

      We, the jury, impaneled and sworn in the above entitled case, upon our oaths, find as follows:

      On Count II in the Complaint Intentional Infliction of Emotional Distress, in favor of Plaintiff Jeanie Peterson and against the Defendant, assess the damages at $_____.

      Agreement on the above verdict was by ten or more jurors.
                         Yes \_\_ No \_\_

_____       _____
Date                                                      Presiding Juror

      We, the jury, impaneled and sworn in the above entitled case, upon our oaths, find as follows:

      On Count V in the Complaint for Invasion of Privacy, in favor of Plaintiff Piper Peterson and against the Defendant, assess the damages at $_____.

      Agreement on the above verdict was by ten or more jurors.
                         Yes \_\_ No \_\_

_____       _____
Date                                                      Presiding Juror

---

[1] Source: Pattern Instructions Kansas 4th Civil, Model Instruction 181.02.

Respectfully Submitted By,

/s/ Christopher P. Lawson
Christopher P. Lawson KS Bar #17688
Lawson Law Office, LLC
6750 Antioch Rd., Suite 301
Overland Park, KS 66204
Ph:    913-432-9922
Fax:   913-432-9933

Rachel E. Smith KS Bar #19354
Brett Coonrod KS Bar # 9303
7001 West 79th Street
Overland Park, KS 66204
(913) 495-9965
(913) 894 1686 fax

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Jerry L. Wallentine #22399
130 N. Cherry, Suite 201
Olathe, KS 66061
Ph:    913-780-6666
Fax:   913-780-6565
Email: jw@kc-attorney.com
Attorney for Defendant